No. 786.  WINSTON v. COURTNEY, STATE'S ATTORNEY, ET AL.  April 24, 1944.  The petition for writ of certiorari to the Supreme Court of Illinois is denied for failure to comply with paragraphs 1 and 2 of Rule 38 and paragraph 1 of Rule 12.  MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.  *Messrs. Weightstill Woods* and *Urban A. Lavery* for petitioner. *Messrs. Thomas J. Courtney* and *Francis S. Clamitz* for respondents.

No. 802.  INDEPENDENT ASSOCIATION OF MILL WORKERS ET AL. v. NATIONAL LABOR RELATIONS BOARD.  April 24, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.  The CHIEF JUSTICE took no part in the consideration or decision of this application.  *Mr. C. C. Parsons* for petitioners.  *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Misses Ruth Weyand* and *Fannie M. Boyls* for respondent.

No. 751.  SPENCER v. PESCOR, WARDEN.  April 24, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.  *Otis Spencer, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for respondent.

No. 800.  SHOTKIN v. MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION.  April 24, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.

No. 833.  ADAMS v. RAGEN, WARDEN.  April 24, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.